# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CV 126

| | |
|---|---|
| HANOVER INSURANCE COMPANY )<br>as subrogee of Global Recycling, )<br>      )<br>    Plaintiff    )<br>      )<br>V    )<br>      )<br>NAVISTAR, INC., et al.,    )<br>      )<br>    Defendants    ) | **ORDER** |

**THIS MATTER** is before the court on Meghann K. Burke's Application for Admission to Practice *Pro Hac Vice* of Ghassan Sara, Jr.. It appearing that Ghassan Sara, Jr. is a member in good standing with the Pennsylvania and New Jersey State Bars and will be appearing with Meghann K. Burke, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Meghann K. Burke's Application for Admission to Practice *Pro Hac Vice* (#8) of Ghassan Sara, Jr. is **GRANTED**, and that Ghassan Sara, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Meghann K. Burke.

Signed: July 19, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge